# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FELIX GLEIZER, an individual, and MIRA ABRAHAM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00387-JLS-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: June 17, 2024

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE